# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, *et al.*,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>SUNSET SQUARE, a General Partnership, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00946-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT SUNSET SQUARE**<br><br>(ECF No. 7) |

On September 13, 2017, Plaintiffs filed a notice of voluntary dismissal of their claims against Defendant Sunset Square. (ECF No. 7). Thus, the claims against Defendant Sunset Square have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed without prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Sunset Square on the docket.

IT IS SO ORDERED.

　　Dated: **September 14, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1