UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE JACQUOT, ROBERT JACQUOT,<br><br>Plaintiffs,<br><br>v.<br><br>SAVE MART SUPERMARKETS,<br><br>Defendant. | Case No. 1:17-cv-00946-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 10) |

On October 9, 2017, Plaintiff filed a notice voluntarily dismissing this action. (ECF No. 10.) Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2017**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1